UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEROME-W DEWALD                                           :

              Plaintiff,                          :       <u>ORDER</u>

   -v.-                                                              :
                                                                   22 Civ. 8210 (JHR) (GWG)
THE CITY OF NEW YORK et al.,                         :

             Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

        With regard to defendants' request for a stay of discovery (Docket # 23), defendants' application for a stay shall be filed by April 19, 2023. Plaintiff shall file any response to defendants' application by April 26, 2023.  While the undersigned will adjudicate the application for a stay, the motion to dismiss will be adjudicated by Judge Rearden.

        SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                                                                    GABRIEL W. GORENSTEIN
                                                                              United States Magistrate Judge