UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEROME W. DEWALD, pro se,

      Plaintiff,

-v.-

THE CITY OF NEW YORK, THE NEW YORK TRANSPORTATION DEPARTMENT, THE NEW YORK POLICE DEPARTMENT, THE NEW YORK PARKS AND RECREATION DEPARTMENT, THE CENTRAL PARKS CONSERVANCY, ERIC ADAMS, in his official capacity as Mayor of the City of New York, and YDANIS RODRIGUEZ, in his official capacity as Commissioner of the New York City Department of Transportation, and KEECHANT SEWELL, in her official capacity as Commissioner of the New York City Police Department, and SUE DONOGHUE, in her official capacity as Commissioner of the New York City Department of Parks & Recreation, and ELIZABETH SMITH, in her official capacity as President of the Central Park Conservancy,

      Defendants.

22 Civ. 8210 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

  Before the Court is Defendants' motion to dismiss (ECF No. 17).  For reasons that will follow, Plaintiff's claims against Defendants New York City Department of Transportation, New York City Police Department, and New York City Department of Parks and Recreation are DISMISSED with prejudice.  Plaintiff's claims against Defendants Eric Adams, Ydanis Rodriquez, Keechant L. Sewell, and Sue Donoghue in their official capacities, are also DISMISSED with prejudice.  In all other respects, Defendants' motion to dismiss is denied. Plaintiff is granted leave to amend the Complaint within sixty days to allege his New York City Human Rights Law claim against Defendants Adams, Rodriguez, Sewell, and Donoghue in their

individual capacities. Plaintiff shall also amend the Complaint to remove allegations requesting relief on behalf of any purported class.

The Clerk of Court is directed to terminate the motion pending at ECF No. 17.

SO ORDERED.

Dated: March 31, 2024
       New York, New York

                                                                            JENNIFER H. REARDEN
                                                                            United States District Judge